Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Megan**<br>First name<br><br>**Bushell**<br>Middle name<br><br>**Wehrle**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Beau**<br>First name<br><br>**McMillan**<br>Middle name<br><br>**Wehrle**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Megan**<br>First name<br><br>**E.**<br>Middle name<br><br>**Bushell**<br>Last name<br><br>**Megan**<br>First name<br><br>**E.**<br>Middle name<br><br>**Bennett**<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable)<br>See continuation page. | **Beau**<br>First name<br><br>**M**<br>Middle name<br><br>**Wehrle**<br>Last name<br><br>**Beau**<br>First name<br><br>_____<br>Middle name<br><br>**Wehrle**<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **0  4  2  9**<br>OR<br>9xx - xx - ___  ___  ___  ___ | xxx - xx - **3  0  1  4**<br>OR<br>9xx - xx - ___  ___  ___  ___ |

Debtor 1  **Megan**          **Bushell**         **Wehrle**
Debtor 2  **Beau**           **McMillan**        **Wehrle**

First Name          Middle Name          Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Your Employer Identification Number (EIN), if any.**

EIN  _ _ - _ _ _ _ _ _ _

EIN

EIN  _ _ - _ _ _ _ _ _ _

EIN

---

**5.  Where you live**

**6255 W. Northwest Hwy 814**

Number          Street

**Dallas, TX 76021**

City                    State     ZIP Code

**Tarrant**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                    State     ZIP Code

**If Debtor 2 lives at a different address:**

Number          Street

City                    State     ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                    State     ZIP Code

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

---

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.
☑ Yes.   Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____
City                      State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____

Number    Street

_____

City                State    ZIP Code

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|----------|-----------|-------------|-------------|--|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ No.  I am not filing under Chapter 7. Go to line 18.
- ☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Megan Bushell Wehrle**
Megan Bushell Wehrle, Debtor 1
Executed on **01/29/2026**
     MM/ DD/ YYYY

X **/s/ Beau McMillan Wehrle**
Beau McMillan Wehrle, Debtor 2
Executed on **01/29/2026**
     MM/ DD/ YYYY

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** __/s/ Carla Vida_____        Date **01/29/2026**_____
Signature of Attorney for Debtor                              MM / DD / YYYY

**Carla Vida**_____
Printed name

**The Vida Law Firm, PLLC**_____
Firm name

**3000 CENTRAL DR**_____
Number          Street

_____

**BEDFORD**_____ **TX**   **76021-3671**_____
City                                   State    ZIP Code

Contact phone **(817) 358-9977**_____        Email address **filings@vidalawfirm.com**_____

**16674445**_____ **TX**____
Bar number                                      State

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Additional Items:** Continuation Page

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **2.** **All other names you have used in the last 8 years (cont.)** | **Megan** | |
| | First name | First name |
| Include your married or maiden names and any assumed, trade names and *doing business as* names. | | |
| | Middle name | Middle name |
| Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Wehrle** | |
| | Last name | Last name |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Bushell** | **Wehrle** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Beau** | **McMillan** | **Wehrle** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.  Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Bushell** | **Wehrle** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income    12/19

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | |
| Ordinary and necessary operating expenses | − _____ | − _____ | |
| Net monthly income from a business, profession, or farm | [_____] | [_____] | Copy here → |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | |
| Ordinary and necessary operating expenses | − _____ | − _____ | |
| Net monthly income from rental or other real property | [_____] | [_____] | Copy here → |

7. **Interest, dividends, and royalties**   _____   _____

Debtor 1  **Megan** **Bushell** **Wendle**
          First Name   Middle Name   **Beau** **McMillan** **Wehrle**   Last Name

Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................................↓

For you...................................................................

For your spouse.....................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.   + _____   + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

_____   + _____   = _____

**Total current monthly income**

---

**Part 2:** Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11...................................................................   **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).   **x 12**

12b. The result is your annual income for this part of the form.   12b. _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   _____

Fill in the number of people in your household.   _____

Fill in the median family income for your state and size of household...................................................................   13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A–2.

---

Debtor 1    **Megan**          **Bushell**          **Wehrle**
Debtor 2    **Beau**            **McMillan**         **Wehrle**

———————————————————————————————————————————
First Name            Middle Name          Last Name

Case number *(if known)* _____

| **Part 3:** | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**  /s/ Megan Bushell Wehrle                               **X**  /s/ Beau McMillan Wehrle
_____                              _____
Signature of Debtor 1                                         Signature of Debtor 2

Date **01/29/2026**                                           Date **01/29/2026**
_____                                              _____
MM/  DD/  YYYY                                                MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Wehrle, Megan Bushell**
          **Wehrle, Beau McMillan**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**01/29/2026**___     Signature _____**/s/ Megan Bushell Wehrle**_____

                                                          Megan Bushell Wehrle, Debtor

Date ___**01/29/2026**___     Signature _____**/s/ Beau McMillan Wehrle**_____

                                                          Beau McMillan Wehrle, Joint Debtor

1 Worldsync, Inc.
300 South Riverside Plaza 1400
Chicago, IL 60606

1 Worldsync, Inc.
777 Washington Village Dr. 360
Dayton, OH 45459

84.51 LLC
100 W. 5th St.
Cincinnati, OH 45202-2704

A.G. Adjustments

Advantage Sales Marketing
d/b/a Advantage Beverage Solutions
PO Box 744347
Atlanta, GA 30374-4347

Albertson Companies, Inc.
PO Box 29093
Phoenix, AZ 85038-9093

Alpine Credit, Inc
t/n/f Allegiant Receivables Solutions
12191 W. 64th Ave 210
Arvada, CO 80004

Altus Receivables
Management
2121 Airline Dr. 520
Metairie, LA 70001

American Express
PO Box 297871
Fort Lauderdale, FL 33329

American Express
PO BOX 297871
FORT LAUDERDALE, FL 33329

American Independent
Business Coalition
USHealth Administrators, INc.
1819 Clarkson Road 301
Chesterfield, MO 63017

AmeriPath
Colorado Pathology Consultants
PO Box 740975
Cincinnati, OH 45274-0975

Amy Harmon
450 East 17th Ave PH1
Denver, CO 80203

Amy McNamara
850 20th St
Windom, MN 56101

Anthem Inc.
Blue Cross & Blue Shield
Accounts Receivable
PO Box 6112
Indianapolis, IN 46206

Apple Card/Goldman Sachs
Bank
Lockbox 6112
P. O. Box 7247
Philadelphia, PA 19170

Aryn Rowe
6720 E. 6th Ave Pkwy
Denver, CO 80220

Asset Recovery Solution LLC
5250 Old Orchard Road 200
Skokie, IL 60077

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of America
Po Box 982238
El Paso, TX 79998-2238

Bank of America
PO BOX 982238
EL PASO, TX 79998

Bansbach Capital Group, LLC
650 S. CHerry St. 1005
Denver, CO 80246

Bansbach Capital Partners,
LLC
650 S. CHerry St. 1005
Denver, CO 80246

Belcaro Animal Hospital
5023 Leetsdale Dr.
Denver, CO 80246

BlueVine Inc.

401 Warren St 300
Salt Lake City, UT 84111

BlueVine Inc.

30 Montgomery Street 1400
Jersey City, NJ 07302

Brennan & Clark Collections

2301 W. 22nd Street 301
Oak Brook, IL 60523

Brinkerhoff Revenig &
Corrigan, P.C.

1873 South Bellaire Street 1000
Denver, CO 80222

C.H. Robinson

PO Box 9121
Minneapolis, MN 55480-9121

Caerus Enterprises

6255 W. Northwest Hwy 814
Dallas, TX 75225

Capital One Bank Usa

PO BOX 31293
SALT LAKE CITY, UT 84131

Carta, Inc.

333 Bush St 2300
San Francisco, CA 94104

Celtic Bank Corp
268 State St Ste 300
Salt Lake City, UT 84111


Central TX Mobility Authority
RMA Toll Processing
PO Box 734182
Dallas, TX 75373-4182


Chase Dewitz
3721 30th Ave SE
Steele, ND 58482


Chris Zenker
5866 Hwy 46
Gackle, ND 58442


Christopher Hong
5657 Adams Dr.
Buxton, ND 58218


Christopher Hong
1068 161st Ave NE
Buxton, ND 58218


Circana
Information Resource, Inc.
203 North LaSalle Street 1500
Chicago, IL 60601


Circle K Rocky Mountain
Division
5500 South Quebec Street 100
Englewood, CO 80111

Citicards/ CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

Commercial Collections of
America LLC
34 Seymour St.
Tonawanda, NY 14150

Commercial Collections of
America, LLC
1559 Spinnaker Dr. 205
Ventura, CA 93001

Common Knowledge
Technology, Inc.
44 Inverness Dr. East Bldg. C
Englewood, CO 80112

Corporate Counsel, PA

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Collection Services
725 Canton St.
Norwood, MA 02062

Credit Control, LLC
PO Box 51790
Livonia, MI 48151-5790

Credit Control, LLC
3300 Rider Trail S. 500
Earth City, MO 63045


Crosswater Equipment, LLC
Attn: Troy Jangula
PO Box 64
Napoleon, ND 58561


Cruise Marketing
4601 NW Urbandale Dr. 100
Urbandale, IA 50322


Curtis Hong
1142 161st Ave NE
Buxton, ND 58218


Curtis Hong
1068 161st Ave NE
Buxton, ND 58218


Danielle B. Kelley
6025 S. Quebec St. 355
Englewood, CO 80111


Dave Wolding
3620 50th Ave
New Salem, ND 58563


Davis & Jones, LLC
attn: Mike Johnston
3120 Sabre Dr 280
Southlake, TX 76092

Defiance Performance Brands,
LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225


DEFY Performance LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225


DEFY, LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225


DEFY, LLC


Discover Card
PO Box 30939
Salt Lake City, UT 84130


Diversified Radiology
PO Box 8553
Coral Springs, FL 33075-8553


Donald Bushell
264 NE Edgewater Dr.
Lees Summit, MO 64064


Douglas D. Koktavy, Esq
10200 E. Girard Ave. Ste B-120
Denver, CO 80231

E-470 Public Highway
Authority
PO Box 5470
Denver, CO 80217-5470


Eagle Rock Distributing
Company
6205 Best Friend Road
Norcross, GA 30071


Eagle Rock Distributing
Company of Colorado
PO Box 2165
Norcross, GA 30091


Edc/Mod Properties
5290 E YALE CIR STE 204
DENVER, CO 80222


Elan Financial Services
PO Box 7904708
Saint Louis, MO 63179-0408


Elevated Internet Marketing
LLC
5962 La Place Court 265
Carlsbad, CA 92008


Emerson Farrell
2035 Rue de St. Germaine
Austin, TX 78746


Famous Romona Water, Inc.
250 Aqua Lane
Ramona, CA 92065

FEDEX
U.S. Collection Dept.
PO Box 94515
Palatine, IL 60094-4515

Feldkamp Marketing
7691 Five Mile Road 203
Cincinnati, OH 45230

Fertility Labs of Colorado
10290 RidgeGate Circle
Lone Tree, CO 80124-5596

Field Family Revocable Living
Trust
John Field
5679 W. Prairiewood Dr.
Grand Forks, ND 58201

First Insurance Funding
450 Skokie Blvd. 1000
Northbrook, IL 60062-7917

Flavorman
809 South 8th Street
Louisville, KY 40203

Floyd C. Wilson Roth IRA
10018 Park Trail
Houston, TX 77024

FocusedBrands, LLC
6862 Roaring Fork Trail
Boulder, CO 80301

Four X Solutions LLC
Attn: Garrett Jangula
112 N. Lakeview Dr.
Dawson, ND 58428

Freedom Life Insurance
Company of America
300 Burnett Street 200
Fort Worth, TX 76102

Freeman Expositions, LLC
1600 Viceroy Dr. 100
Dallas, TX 75235

Freighquote.com, Inc.
901 W. Cardondelet Dr.
Kansas City, MO 64114

Frost - Arnett Company
The Collection Company
P. O. Box 198988
Nashville, TN 37219-8988

Garrett Jangula
112 N. Lakeview Dr.
Dawson, ND 58428

Giannuzzi Lewendon LLP
411 W. 14th Street 4th Floor
New York, NY 10014

Glazers Beer & Beverage of
Texas, LLC
14911 Quorum Dr., 200
Dallas, TX 75254

Glendale Warehouse &
Distribution Corp
742 Old Post Road
Edison, NJ 08817


GM Financial
PO Box 181145
Arlington, TX 76096


GoToPremium Finance.com
PO Box 4312
Woodland Hills, CA 91365-4321


Greenberg Traurig, LLP
1144 15th Street 3300
Denver, CO 80202


Greenspan Consulting
1552 E. Marion St.
Milwaukee, WI 53211


GS1
7887 Washington Village Dr. 300
Dayton, OH 45459


GSP Marketing Technologies,
Inc.
14055 46th Street N 1112
Clearwater, FL 33762


GSP Marketing Technologies,
Inc.
5400 140th Ave North
Clearwater, FL 33760

Halsted Financial Services
P. O. Box 828
Skokie, IL 60076

Hanover Preston Hollow
6255 W. Northwest Hwy
Dallas, TX 75225

HCA HealthOne Denver
Internal Medicine
PO Box 740776
Cincinnati, OH 45274-0776

Holland & Hart LLP
1800 Broadway 300
Boulder, CO 80302

Hy-Vee
2500 Dixon Street
Des Moines, IA 50316

Incorp Services, Inc.
9107 West Russell Road 100
Las Vegas, NV 89148-1233

Inmar Brand Solutions, Inc.
One West Fourt St 500
Winston Salem, NC 27101

Inmar Intelligence
One West Fourth St 500
Winston Salem, NC 27101

Inmar- YouTech, LLC
One West Fourth St 500
Winston Salem, NC 27101

Innomark Communications,
LLC
3253 South Tech Blvd.
Miamisburg, OH 45342

Internal Revenue Service
1100 Commerce Street Stop MC5026DAL
Dallas, TX 75242

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242

IPMark Holdings Co., LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225

IronClad Consulting Services,
LLC
12916 Meridian Park Blvd.
Austin, TX 78739

Jack Hilliard Distributing
Company, Inc.
217 N. 12th St.
Temple, TX 76501

Jeremy Jangula
6125 Carefree Circle
Bismarck, ND 58503

JF & F X4, LLC
Troy Jangula MBR
PO Box 37
Napoleon, ND 58561

JF&F X2, LLC
289 Main Ave.
Napoleon, ND 58561

JF&F X3, LLC
289 Main Ave.
Napoleon, ND 58561

JF&F X4, LLC
289 Main Ave.
Napoleon, ND 58561

JF&F, LLC
289 Main Ave.
Napoleon, ND 58561

John Lenore Distributing
Company, Inc.
1250 Delevan Dr.
San Diego, CA 92102

Josh & Makayla Mitzel
12995 326th Ave.
Bowdle, SD 57428

Joshua Mitzel Irrevocable
Trust
12995 326th Ave.
Bowdle, SD 57428


Jpmcb Card Services
PO BOX 15369
WILMINGTON, DE 19850


JPMCB Card Services
PO Box 15369
Wilmington, DE 19850


JPMorgan Chase Bank
Legal Dept.
700 Kansas Lane Mail Code LA4-7200
Monroe, LA 71203


Judd Moritz
14148 Augusta Dr.
Broomfield, CO 80023


KBT Investments
Attn: Troy Jangula
PO Box 64
Napoleon, ND 58561


KeHE Distributors, LLC
5415 E. High Street 400
Phoenix, AZ 85054


Kevin DiSano
2169 Coral Lane
Glenview, IL 60026

Kinneberg Management Group
800 Nicollet Mall 2520
Minneapolis, MN 55402

Kris Kienzle
5102 NE 127th Way
Vancouver, WA 98686

Kroger Supplier Engagement
Group
100 W. 5th St.
Cincinnati, OH 45202-2704

Labcorp
PO Box 2240
Burlington, NC 27251-2240

Lapcorp
PO Box 2240
Burlington, NC 27216-2240

Law Office of Alexandra
White, P.C.
Alexandra White
12625 E. Euclid Dr.
Englewood, CO 80111

Lisa Oren
2015 Drexel Dr.
Houston, TX 77027

Louis Bansbach
650 S. Cherry St 1005
Denver, CO 80246

Louis P. Bansbach I V
650 S. CHerry St. 1005
Denver, CO 80246

LVNV Funding LLC
PO BOX 1269
GREENVILLE, SC 29602

LVNV Funding, LLC
PO Box 1269
Greenville, SC 29602

M Star LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225

MainFreight, Inc.
1400 Glenn Curtiss St.
Carson, CA 90746

MasterPrint Shop
2328 Heather Valley Dr.
Las Vegas, NV 89134

Mavstar LLC
6255 W. Northwest Hwy 814
Dallas, TX 75225

McCarthy, Burgess & Wolfe
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Medicredit
PO Box 505600
St. Louis, MO 63150-5600

Michelle Wyman
13 Paramount PKwy
Denver, CO 80215

Midland Credit Managem
320 E BIG BEAVER RD STE
TROY, MI 48083

Midland Credit Management
PO Box 2121
Warren, MI 48090

Miller Cohen Peterson Young, P.C.
PO Box 1259/344 Main St.
Longmont, CO 80502-1259

Mohela/Servicing
633 Spirit of Saint Louis
Chesterfield, MO 63005

Monique Wehrle
1085 S. Columbine
Denver, CO 80209

Monkedia
350 E. Royal Lane 150
Irving, TX 75039

Montero Venture Partners LLC
attn: Ryan Fuessel
4701 S. Downing St.
Englewood, CO 80113


Moss Law Firm
PO Box 65020
Lubbock, TX 79464


New Age Beverages
Corporation
18245 E. 40th Ave.
Aurora, CO 80011


New Hope Natural Media
24654 Network Place
Chicago, IL 60673-1246


New Threads, LLC
d/b/a Curio
417 S. Associated Road 161
Brea, CA 92821


Northstar Locations Services
4285 Genesee St.
Buffalo, NY 14225-1943


NT Logiistics
7460 Warren Parkway 301
Frisco, TX 75034


P&B Capital Group, LLC
445 Center Road
Buffalo, NY 14224

Paint It Black, LLC
5435 E. 6th Ave. Pkwy
Denver, CO 80209


Parking Revenue Recovery
Services, Inc.
PO Box 440350
Aurora, CO 80044


Partner Co.
13894 S. Bangerter Pkwy 200
Draper, UT 84020


Partners in Women's Health
4500 E. 9th Ave 700
Denver, CO 80220-3926


Penn Credit Corporation
2800 Commerce Dr.
Harrisburg, PA 17110


PFCP/FBT/FA2/CWS
PO Box 9208
Old Bethpage, NY 11804


PGA Magazine
868 W. Street Road 343
Warminster, PA 18974


PicRights International, Inc.
c/o Higbee & Associates
3100 W. Cheyenne Ave Ste 200
North Las Vegas, NV 89032

Premier Finance Card HSBC
c/o LVNV Funding LLC
PO Box 1269
Greenville, SC 29602


Progressive-Artisan &
Truckers Casualty Co.
Progressive
Dept 0561
Carol Stream, IL 60132-0561

PureCircle, Inc.
Ingredion
10 Finderne Ave.
Bridgewater, NJ 08807


Quest Diagnostics Inc.
Credit Collection Services
PO Box 337
Norwood, MA 02062-0037


Randy Blaskowski
8045 27th Street Southeast
Jamestown, ND 58401


Rauch-Milliken International,
Inc.
4400 Trenton St.
Metairie, LA 70006


Rausch Sturn LLP
5500 S. Quebec St 260
Englewood, CO 80111


Reilly Intellectual Property
Law
3900 E. Mexico Ave. 300
Denver, CO 80210

Resurgent Acquisitions LLC
c/o Resurgent Capital Service, LP
PO Box 10525
Greenville, SC 29603-9603


Resurgent Capital Services,
LP
PO Box 10497
Greenville, SC 29603


Richard & Susan Mitzel Joint
Revocable Trust
2075 S 5th Ave. , PO Box F
Bowdle, SD 57428


Richard Mitzel
2075 S 5th Ave. , PO Box F
Bowdle, SD 57428


Robin & Jolene Dewitz
2961 37th St. SE
Steele, ND 58482


Ronald J. Kozar
40 North Main Street 2830
Dayton, OH 45423


Rose Surgical Center
4700 E. Hale Parkway 200
Denver, CO 80202-0369


RSM Family Limited
Partnership
2075 S 5th Ave. , PO Box F
Bowdle, SD 57428

Ryan & Jacobs, The Jacobs
Companies, LLC
5465 Legacy Dr. 650
Plano, TX 75024

Salesforce, Inc.
Salesforce Tower
415 MIssion Street 3rd floor
San Francisco, CA 94105

Sallie Mae Bank Inc
PO BOX 3229
WILMINGTON, DE 19804

Sandra H. Racz Rev. Trust
10681 E. Sundance Trail
Scottsdale, AZ 85262

Scott & Associates
PO Box 115220
Carrollton, TX 75011

Scott Field
2864 40th Ave. S
Grand Forks, ND 58201

Scott Malcom Hong
16118 11th St NE
Buxton, ND 58218

Sensient Colors, LLC
2515 N. Jefferson Ave.
Saint Louis, MO 63106-1903

Seth Frankenthal
1186 Saratoga Ave.
Steamboat Springs, CO 80487


SFF LLC
Wayne Scherr
651 2nd St SE
Wagner, SD 57380-9554


Shawn Reed Moulton
1810 Chestnut Ave.
Erie, CO 80516


ShipNetwork
880 Wigwam Parkway 120
Las Vegas, NV 89119


Signature Marketing, Inc.
12024 S. Aero Dr. 10
Plainfield, IL 60585


SLC Group Holdings, LLC
15 N Southwood Dr
Nashua, NH 03063-1817


SOFI Bank N.A.
2750 East Cottonwood Parkway 300
Salt Lake City, UT 84121


Solar Rain Bottled Water
Company, Inc.
PO Box 1153
Valley Center, CA 92082-1153

Southern Glazer's Wine &
Spirits, LLC
1600 N.W. 163rd Street
Miami, FL 33169

Spartan Race, Inc.
234 Congress St 5th Floor
Boston, MA 02110

SPINS, LLC
222 W. Hubbard Street 300
Chicago, IL 60654

Sprouts Farmers Market
5455 E. HIgh St 111
Phoenix, AZ 85054

SPS Commerce Inc.
PO Box 205782
Dallas, TX 75320-5782

Steve Fike
3989 6th St. NE
Bowdon, ND 58418

Stone Saunders & Associates
PO Box 461717
Aurora, CO 80046

Stone Saunders & Associates
1391 W. 5th Ave 226
Columbus, OH 43212

Summit Beverage Group, LLC
211 Washington Ave.
Marion, VA 24354


Sunflower Bank
PO Box 800
Salina, KS 67401


Sunrise Credit Services, Inc.
PO Box 9004
Melville, NY 11747-9004


Surgone PC
PO Box 300369
Denver, CO 80202-0369


Suzanne B. Schimmel, PH.D.
8158 E. 5th Ave 270
Denver, CO 80230


SVC/Senn ViscianoCanges,
P.C.
1700 Lincoln Street 2100
Denver, CO 80203


Tenaglia & Hunt
395 W. Passaic St., Ste 205
Rochelle Park, NJ 07662


Terborg Distributing, Inc.
8946 N 700 W, PO Box 307
Demotte, IN 46310

The CBE Group, Inc.

PO Box 2217
Waterloo, IA 50704-2217

The Hartford

Lockbox 0234
PO Box 7247
Philadelphia, PA 19170-0234

The Kaplan Group, Inc

154 Addie Street
Pismo Beach, CA 93449

The Leviton Law Firm, LTD

One Pierce Place 725 W
Itasca, IL 60143

The Receivables Management
Services, LLC

PO Box 5000
Fogelsville, PA 18051

The Touch Agency

105 S. Canyonwood Dr. Ste B
Dripping Springs, TX 78620-4545

Todd Jangula

PO Box 222
Napoleon, ND 58561

Total Transportation Services

d/b/a Warehouse Las Vegas
4050 West Sunset Road Ste B
Las Vegas, NV 89118

Touchstone Merchandise
Group
7200 Industrial Row Dr.
Mason, OH 45040


Touchstone Merchandise
Group
202 W. Main St Ste B
Mason, OH 45040


Touchstone Merchandise
Group
110 Mercantile Dr. Ste B
Fairfield, OH 45014


Transworld Systems
500 Virginia Dr., Ste 514
Fort Washington, PA 19034


Transworld Systems, Inc.
500 Virginia Dr. 514
Ft. Washington, PA 19034


Trax Retail Inc.
Survey.com
22 W. 19th St. 9th Fl
New York, NY 10011


Trax Retail, Inc.
1 Beacon Street
Boston, MA 02108


Troy Jangula
289 Main Ave.
Napoleon, ND 58561

Tyler Holt
7399 S. Tucson Way Unit C3
Englewood, CO 80112


Tyler Westerman
5906 Sunny Crest Dr.
Timnath, CO 80547


UNFI
PO Box 958844
Saint Louis, MO 63195-8844


United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste 206
Toledo, OH 43614


United Collections Bureau
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collections Bureau, Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501


United States Trustee
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242-0996


US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Bank, N.A.
PO BOX 108
SAINT LOUIS, MO 63166

US BK CACS
CB Disputes
PO Box
Saint Louis, MO 63166

USAA Federal Savings
PO Box 47504
San Antonio, TX 78265

Usaa Federal Savings B
PO BOX 47504
SAN ANTONIO, TX 78265

Verde X. Inc.
78-138 Calle Tampico 130
La Quinta, CA 92253

Vericore
10115 Kincey Ave 100
Huntersville, NC 28078

Verizon
PO Box 489
Newark, NJ 07101-0489

Vermont Information
Processing, Inc.
402 Water Tower Circle
Colchester, VT 05446

Volkswagen Credit
1401 Franklin Blvd
Libertyville, IL 60048

Beau McMillan Wehrle
6255 W. Northwest Hwy 814
Dallas, TX 76021

Megan Bushell Wehrle
6255 W. Northwest Hwy 814
Dallas, TX 76021

Whole Brain Consulting, Inc.
30 W. Superior St FL 3
Chicago, IL 60654

William Taylor Erickson
11220 Sweet Cicely Dr.
Parker, CO 80134

Zimmerman Law
PO Box 50
Napoleon, ND 58561

Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1031