Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Bushell** | **Wehrle** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **26-40397-7**
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **5609 Courtyard CV**<br>Number    Street | From **8/29/24**<br>To **5/11/25** | <br>Number    Street | From **11/27/2021**<br>To **08/28/2025** |
| **Austin, TX 78731-3302**<br>City              State   ZIP Code | | <br>City                 State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **180 Dahlia St**<br>Number    Street | From **11/27/2021**<br>To **08/28/2025** | **5609 Courtyard CV**<br>Number    Street | From<br>To |
| **Denver, CO 80220**<br>City              State   ZIP Code | | **Austin, TX 78731-3302**<br>City              State   ZIP Code | |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* | **26-40397-7** |
| | First Name | Middle Name | Last Name | | |

☑ Same as Debtor 1          ☑ Same as Debtor 1

**1685 E. Cedar Ave.**                 From **09/01/2024**                        From _____
Number    Street                         To   **06/30/2025**     Number    Street        To   _____

**Denver, CO 80209**
City                    State   ZIP Code          City                       State   ZIP Code

☐ Same as Debtor 1          ☐ Same as Debtor 1

From _____                          From **5/12/2025**
Number    Street        To   _____     Number    Street        To   **09/10/25**

**Southlake, TX**
City                    State   ZIP Code          City                       State   ZIP Code

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$43,749.00** |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$169,685.48** |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$124,548.00** |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **2**

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | **K1 income** | **$46,628.00** | **K1 income** | **$44,800.00** |
| | **inheritance from deceased Aunt** | **$31,372.55** | | |
| | **financial assistance family** | **$20,000.00** | | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

❏ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❏ No. Go to line 7.

❏ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** |
|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **26-40397-7**

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **GM Financial** <br> Creditor's Name <br> **PO Box 181145** <br> Number    Street <br> **Arlington, TX 76096** <br> City    State    ZIP Code | **01/26** <br> **12/25** <br> **11/25** | **$3,327.39** | **$40,202.00** | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Volkswagen Credit** <br> Creditor's Name <br> **1401 Franklin Blvd** <br> Number    Street <br> **Libertyville, IL 60048** <br> City    State    ZIP Code | **01/26** <br> **12/25** <br> **11/25** | **$1,743.45** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **car lease** |
| **Internal Revenue Service** <br> Creditor's Name <br> **1100 Commerce Street Stop MC5026DAL** <br> Number    Street <br> **Dallas, TX 75242** <br> City    State    ZIP Code | **01/28/2026** <br> **12/25** <br> **11/25** | **$10,000.00** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **IRS installment** |
| **See Schedule J** <br> Creditor's Name <br> ____ <br> Number    Street <br> ____ <br> City    State    ZIP Code | | **$0.00** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **re-occurring monthly expenses** |
| **Hanover Preston Hollow** <br> Creditor's Name <br> **6255 W. Northwest Hwy** <br> Number    Street <br> **Dallas, TX 75225** <br> City    State    ZIP Code | **01/26** <br> **12/25** <br> **11/25** | **$14,400.00** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **residential lease** |
| **Mohela** <br> Creditor's Name <br> **PO Box 9500** <br> Number    Street <br> **Wilkes Barre, PA 18773-9500** <br> City    State    ZIP Code | **01/26** <br> **12/25** <br> **11/25** | **$952.05** | **$16,897.58** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **Student loan payment** |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Trinet** <br> Creditor's Name <br><br> Number    Street <br><br> City          State     ZIP Code | **1/20/25** <br><br> **12/02/25** <br><br> **11/03/2025** | **$6,603.21** | | ❑ Mortgage <br> ❑ Car <br> ❑ Credit card <br> ❑ Loan repayment <br> ❑ Suppliers or vendors <br> ☑ Other **COBRA - health insurance premiums** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

❑ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Monique Wehrle** <br> Insider's Name <br> **1080 S. Columbine** <br> Number    Street <br> **Denver, CO 80209** <br> City          State     ZIP Code | **02/25 - 03/25** | **$1,695.28** | **NA** | **child support** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| Insider's Name <br><br> Number    Street <br><br> City          State     ZIP Code | | | | |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

<table><tr><td style="background:black;color:white">Part 4:</td><td>Identify Legal Actions, Repossessions, and Foreclosures</td></tr></table>

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **In Re: The Marriage of Beau Wehrle and Monique Wehrle**<br><br>Case number **19DR30566** | **Writ of Continuing Garnishment for attorneys fees child support order** | **District Court, Denver County, Colorado**<br>Court Name<br><br>Number      Street<br><br>City                State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title | **US Bank N.A. vs. Beau M. Wehrle;**<br><br>Case number **CV-25-275092** | | **Justice of the Peace, PR 5, Travis County**<br>Court Name<br><br>Number      Street<br><br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title | **American Express National Bank vs. Beau Wehrle a/k/a Beau M. Wehrle**<br><br>Case number **J5-CV-24-274005** | | **Justice of the Peace, PR5, Travis County**<br>Court Name<br><br>Number      Street<br><br>City                State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title | **US Bank N.A. vs. Beau M. Wehrle aka Beau Wehrle**<br><br>Case number **J5-CV-25-275455** | | **Justice of the Peace, PR 5, Travis County**<br>Court Name<br><br>Number      Street<br><br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title | **Freeman Expositions, LLC dba Freeman vs. Defy, LLC, dba DEFY**<br><br>Case number **2024CV032088** | | **District Court, City & County of Denver, State of Colorado**<br>Court Name<br><br>Number      Street<br><br>City                State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* | **26-40397-7** |
| | First Name | Middle Name | Last Name | | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **In the Matter of the Marriage of Beau and Monique Wehrle and in the Interest of Minor Children** | **child support Order** | **District Court, Denver County, Colorado**<br>Court Name<br><br>Number    Street<br><br>City                State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **2019-DR30566** | | | |
| Case title | **Capital One N.A. vs. Beau Wehrle** | | **County Court at Law No. 2, Travis County, Texas**<br>Court Name<br><br>Number    Street<br><br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **C-1-CV-25-003208** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Wehrle**<br>Person to Whom You Gave the Gift<br><br>**9101 Sewall Hall, 1720 University Ave.**<br>Number     Street<br><br>**Boulder, CO 80310**<br>City                    State     ZIP Code<br>Person's relationship to you  **Debtor Husband's Daughter** | **financial assistance for day to day living expenses** | **01/2024 - 01/2026** | **$2,228.00** |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Wehrle**<br>Person to Whom You Gave the Gift<br><br>**1085 S. Columbine St**<br>Number     Street<br><br>**Denver, CO 80209**<br>City                    State     ZIP Code<br>Person's relationship to you  **Debtor Husband's Son** | **financial assistance for day to day living expenses** | **01/2024 - 01/2026** | **$7,800.89** |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* | **26-40397-7** |
| | First Name | Middle Name | Last Name | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **minor child**<br>Person to Whom You Gave the Gift<br><br>Number      Street<br><br>City                     State     ZIP Code | **financial assistance for day to day expenses** | **01/2024 -<br>01/2026** | **$3,481.94** |

Person's relationship to you   **Debtor Husband's Daughter**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name<br><br>Number      Street<br><br>City                State     ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | | |

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Vida Law Firm, PLLC** <br> Person Who Was Paid | **Attorney's Fee** | | |
| **3000 CENTRAL DR** <br> Number     Street | | **1/21/2026 - petition date** | **$5,000.00** |
| | | | |
| **BEDFORD, TX 76021-3671** <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling** <br> Person Who Was Paid | **credit counseling** | | |
| Number     Street | | **01/22/2026** | **$25.00** |
| | | | |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | _____ | _____ |
| | | _____ | _____ |
| City          State    ZIP Code | | | |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

❑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number      Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❑ Yes. Fill in the details.

Debtor 1   **Megan**      **Bushell**      **Wehrle**
Debtor 2   **Beau**       **McMillan**     **Wehrle**                     Case number *(if known)* **26-40397-7**

First Name      Middle Name      Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City          State     ZIP Code** | **XXXX–** ___ ___ ___ ___ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City          State     ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City               State     ZIP Code** | | ❑ No<br>❑ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❑ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**Name of Storage Facility**<br><br>**1042 S. Parker Road**<br>**Number     Street**<br><br>**CO**<br>**City          State     ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City               State     ZIP Code** | **home goods, linens, Ikea furniture, old pictures, files, xmas decorations** | ❑ No<br>☑ Yes |

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Bushell** | **Wehrle** |
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **26-40397-7**

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>Name of Storage Facility<br><br>**5701 E. Northwest Hwy**<br>Number    Street<br><br><br>**Dallas, TX 75231**<br>City          State    ZIP Code | Name<br><br>Number      Street<br><br>City                State    ZIP Code | **home goods, linens, Ikea furniture, old pictures, files, xmas decorations** | ☐ No<br>☑ Yes |

---

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Gavin Wehrle**<br>Owner's Name<br><br>Number      Street<br><br>City                State    ZIP Code | Number      Street<br><br>City                State    ZIP Code | **Debtor Husband's son - USSA savings account ending 3949; Debtors do not deposit or withdrawal funds for personal use** | **$5.00** |
| **Alexandra Wehrle**<br>Owner's Name<br><br>Number      Street<br><br>City                State    ZIP Code | Number      Street<br><br>City                State    ZIP Code | **Debtor Husband's Daughter's savings account USAA ending 4139; Debtors do not deposit or withdrawal funds for personal use** | **$25.00** |
| **Debtor Husband's Minor Daugther**<br>Owner's Name<br><br>Number      Street<br><br>City                State    ZIP Code | Number      Street<br><br>City                State    ZIP Code | **USAA savings account ending 4171 USAA checking account ending 2985 Debtors do not deposit or withdrawal funds for personal use** | **$27.16** |

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* **26-40397-7** |
| | First Name | Middle Name | Last Name | |

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| | City            State     ZIP Code | | |
| City              State     ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| | City            State     ZIP Code | | |
| City              State     ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

Debtor 1     **Megan**     **Bushell**     **Wehrle**

Debtor 2     **Beau**     **McMillan**     **Wehrle**        Case number *(if known)* **26-40397-7**

     First Name      Middle Name      Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** | | ❑ Pending |
| | _____ | | ❑ On appeal |
| _____ | **Number     Street** | | ❑ Concluded |
| _____ | | | |
| Case number | **City          State     ZIP Code** | | |

---

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Mavstar LLC** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **consulting** | EIN: **9  3 – 4  0  1  8  3  5  8** |
| _____ | | |
| **6125 Luther Lane PMB 463** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | **RJ Clausen** | From **10/19/2023** To **01/07/2026** |
| **Dallas, TX 75225** | | |
| City          State     ZIP Code | | |

| **DEFY, LLC** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **CPG operating - Consumer Packaged goods, sports beverage and supplements** | EIN: **8  3 – 0  9  8  5  5  7  8** |
| _____ | | |
| **6255 W. Northwest Hwy 814** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | **IronClad Consulting Services, LLC** | From **06/21/2018** To **10/21/2025** |
| **Dallas, TX 75225** | | |
| City          State     ZIP Code | | |

Debtor 1    **Megan**          **Bushell**          **Wehrle**

Debtor 2    **Beau**           **McMillan**         **Wehrle**          Case number *(if known)* **26-40397-7**

       First Name        Middle Name        Last Name

| | | |
|---|---|---|
| **Defiance Performance Brands, LLC**<br>**Name** | **Describe the nature of the business**<br><br>**parent company to DEFY, LLC** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: **8 3 – 3 5 0 0 1 9 5** |
| **6255 W. Northwest Hwy 814**<br>**Number     Street** | **Name of accountant or bookkeeper**<br>**IronClad Consulting Services, LLC** | **Dates business existed**<br><br>From **6/21/2018** To **1/27/2026** |
| **Dallas, TX 75225**<br>**City          State     ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

                                    **Date issued**

**Name**                                **MM / DD / YYYY**

**Number     Street**

**City          State     ZIP Code**

| Debtor 1 | **Megan** | **Bushell** | **Wehrle** | |
|---|---|---|---|---|
| Debtor 2 | **Beau** | **McMillan** | **Wehrle** | Case number *(if known)* __**26-40397-7**__ |
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** __/s/ Megan Bushell Wehrle__        **X** __/s/ Beau McMillan Wehrle__

Signature of Megan Bushell Wehrle, Debtor 1        Signature of Beau McMillan Wehrle, Debtor 2

Date **02/19/2026**        Date **02/19/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).