United States Bankruptcy Court

Northern District of Texas

In re:                                                                                              Case No. 26-40397-mxm

Megan Bushell Wehrle                                                                       Chapter 7

Beau McMillan Wehrle

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4                                  User: admin                                          Page 1 of 8

Date Rcvd: May 07, 2026                          Form ID: 318                                 Total Noticed: 233

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Megan Bushell Wehrle, Beau McMillan Wehrle, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143920 | | 1 Worldsync, Inc., 777 Washington Village Dr. 360, Dayton, OH 45459 |
| 23143919 | + | 1 Worldsync, Inc., 300 South Riverside Plaza 1400, Chicago, IL 60606-6712 |
| 23143921 | | 84.51 LLC, 100 W. 5th St., Cincinnati, OH 45202-2704 |
| 23143922 | + | A.G. Adjustments, 1 Hungtington Quad, Ste 4N15, Melville, NY 11747-4400 |
| 23143923 | | Advantage Sales Marketing, d/b/a Advantage Beverage Solutions, PO Box 744347, Atlanta, GA 30374-4347 |
| 23143924 | | Albertson Companies, Inc., PO Box 29093, Phoenix, AZ 85038-9093 |
| 23143929 | | American Independent Business Coalition, USHealth Administration, Inc., 5090 N 40th St Ste 180, Phoenix, AZ 85018-2163 |
| 23143931 | + | Amy Harmon, 450 East 17th Ave PH1, Denver, CO 80203-1560 |
| 23143932 | + | Amy McNamara, 850 20th St, Windom, MN 56101-1133 |
| 23143933 | + | Anthem Inc., Blue Cross & Blue Shield, Accounts Receivable, PO Box 6112, Indianapolis, IN 46206-6112 |
| 23143935 | + | Aryn Rowe, 6720 E. 6th Ave Pkwy, Denver, CO 80220-6031 |
| 23143940 | + | Bansbach Capital Group, LLC, 650 S. CHerry St. 1005, Denver, CO 80246-1812 |
| 23143941 | + | Bansbach Capital Partners, LLC, 650 S. CHerry St. 1005, Denver, CO 80246-1812 |
| 23143943 | + | Belcaro Animal Hospital, 5023 Leetsdale Dr., Denver, CO 80246-8113 |
| 23143944 | + | BlueVine, Inc., 500 Arguello St., FL 3, Redwood City, CA 94063-1567 |
| 23143946 | + | Brennan & Clark Collections, 2301 W. 22nd Street 301, Oak Brook, IL 60523-1220 |
| 23143947 | + | Brinkerhoff Revenig & Corrigan, P.C., 1873 South Bellaire Street 1000, Denver, CO 80222-4356 |
| 23143949 | + | Caerus Enterprises, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143951 | + | Carta, Inc., 333 Bush St 2300, San Francisco, CA 94104-2854 |
| 23143952 | + | Celtic Bank Corp, 268 State St Ste 300, Salt Lake City, UT 84111-5314 |
| 23143954 | + | Chase Dewitz, 3721 30th Ave SE, Steele, ND 58482-9560 |
| 23143955 | + | Chris Zenker, 5866 Hwy 46, Gackle, ND 58442-9787 |
| 23143956 | | Christopher Hong, 5657 Adams Dr., Buxton, ND 58218 |
| 23143957 | + | Christopher Hong, 1068 161st Ave NE, Buxton, ND 58218-9272 |
| 23143958 | + | Circana, Information Resource, Inc., 203 North LaSalle Street 1500, Chicago, IL 60601-1228 |
| 23143959 | + | Circle K Rocky Mountain Division, 5500 South Quebec Street 100, Englewood, CO 80111-1908 |
| 23143961 | + | Commercial Collections of America LLC, 34 Seymour St., Tonawanda, NY 14150-2126 |
| 23143962 | + | Commercial Collections of America, LLC, 1559 Spinnaker Dr. 205, Ventura, CA 93001-5303 |
| 23143963 | + | Common Knowledge Technology, Inc., 44 Inverness Dr. East Bldg. C, Englewood, CO 80112-5410 |
| 23143964 | + | Corporate Counsel, PA, 661 Andersen Dr., Ste 110, Pittsburgh, PA 15220-2700 |
| 23143969 | + | Crosswater Equipment, LLC, Attn: Troy Jangula, PO Box 64, Napoleon, ND 58561-0064 |
| 23143970 | + | Cruise Marketing, 4601 NW Urbandale Dr. 100, Urbandale, IA 50322-4704 |
| 23143971 | + | Curtis Hong, 1142 161st Ave NE, Buxton, ND 58218-9201 |
| 23143972 | + | Curtis Hong, 1068 161st Ave NE, Buxton, ND 58218-9272 |
| 23143977 | + | DEFY Performance LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143978 | + | DEFY, LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143974 | + | Dave Wolding, 3620 50th Ave, New Salem, ND 58563-9454 |
| 23143975 | + | Davis & Jones, LLC, attn: Mike Johnston, 3120 Sabre Dr 280, Southlake, TX 76092-2109 |
| 23143976 | + | Defiance Performance Brands, LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143981 | | Diversified Radiology, PO Box 8553, Coral Springs, FL 33075-8553 |
| 23143982 | + | Donald Bushell, 264 NE Edgewater Dr., Lees Summit, MO 64064-3106 |

| | | |
|---|---|---|
| 23143983 | + | Douglas D. Koktavy, Esq, 10200 E. Girard Ave. Ste B-120, Denver, CO 80231-5590 |
| 23143985 | + | Eagle Rock Distributing Company, 6205 Best Friend Road, Norcross, GA 30071-2910 |
| 23143986 | + | Eagle Rock Distributing Company of Colorado, PO Box 2165, Norcross, GA 30091-2165 |
| 23143988 | | Elan Financial Services, PO Box 7904708, Saint Louis, MO 63179-0408 |
| 23143989 | + | Elevated Internet Marketing LLC, 5962 La Place Court 265, Carlsbad, CA 92008-8838 |
| 23143990 | + | Emerson Farrell, 2035 Rue de St. Germaine, Austin, TX 78746-1907 |
| 23143993 | + | Feldkamp Marketing, 7691 Five Mile Road 203, Cincinnati, OH 45230-4348 |
| 23143994 | + | Fertility Labs of Colorado, 10290 RidgeGate Circle, Lone Tree, CO 80124-5331 |
| 23143997 | + | Flavorman, 809 South 8th Street, Louisville, KY 40203-2024 |
| 23143998 | + | Floyd C. Wilson Roth IRA, 10018 Park Trail, Houston, TX 77024-5643 |
| 23143999 | + | FocusedBrands, LLC, 6862 Roaring Fork Trail, Boulder, CO 80301-3631 |
| 23144000 | + | Four X Solutions LLC, Attn: Garrett Jangula, 112 N. Lakeview Dr., Dawson, ND 58428-9504 |
| 23144001 | + | Freedom Life Insurance Company of America, 300 Burnett Street 200, Fort Worth, TX 76102-2734 |
| 23144002 | + | Freeman Expositions, LLC, 14221 Dallas Parkway Suite 200., Dallas, TX 75254-2942 |
| 23144003 | + | Freighquote.com, Inc., 901 W. Cardondelet Dr., Kansas City, MO 64114-4674 |
| 23144013 | + | GS1, 7887 Washington Village Dr. 300, Dayton, OH 45459-3988 |
| 23144014 | + | GSP Marketing Technologies, Inc., 14055 46th Street N 1112, Clearwater, FL 33762-3865 |
| 23144005 | + | Garrett Jangula, 112 N. Lakeview Dr., Dawson, ND 58428-9504 |
| 23144006 | + | Giannuzzi Lewendon LLP, 411 W. 14th Street 4th Floor, New York, NY 10014-1082 |
| 23144007 | + | Glazers Beer & Beverage of Texas, LLC, 14911 Quorum Dr., 200, Dallas, TX 75254-1484 |
| 23144008 | + | Glendale Warehouse & Distribution Corp, 742 Old Post Road, Edison, NJ 08817-4895 |
| 23144010 | + | GoToPremium Finance.com, PO Box 4312, Woodland Hills, CA 91365-4312 |
| 23144011 | + | Greenberg Traurig, LLP, 1144 15th Street 3300, Denver, CO 80202-2587 |
| 23144012 | + | Greenspan Consulting, 1552 E. Marion St., Milwaukee, WI 53211-1559 |
| 23144018 | | HCA HealthOne Denver, Internal Medicine, PO Box 740776, Cincinnati, OH 45274-0776 |
| 23144017 | + | Hanover Preston Hollow, 6255 W. Northwest Hwy, Dallas, TX 75225-3461 |
| 23144019 | + | Holland & Hart LLP, 1800 Broadway 300, Boulder, CO 80302-5289 |
| 23144020 | + | Hy-Vee, 5820 Westown Parkway,, West Des Moines, Iowa 50266-8290 |
| 23144029 | + | IPMark Holdings Co., LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23144021 | | Incorp Services, Inc., 9107 West Russell Road 100, Las Vegas, NV 89148-1233 |
| 23144022 | | Inmar Brand Solutions, Inc., One West Fourt St 500, Winston Salem, NC 27101 |
| 23144023 | + | Inmar Intelligence, One West Fourth St 500, Winston Salem, NC 27101-4186 |
| 23144024 | + | Inmar- YouTech, LLC, One West Fourth St 500, Winston Salem, NC 27101-4186 |
| 23144025 | + | Innomark Communications, LLC, 3253 South Tech Blvd., Miamisburg, OH 45342-0843 |
| 23144030 | + | IronClad Consulting Services, LLC, 12916 Meridian Park Blvd., Austin, TX 78739-1453 |
| 23144033 | + | JF & F X4, LLC, Troy Jangula MBR, PO Box 37, Napoleon, ND 58561-0037 |
| 23144034 | | JF&F X2, LLC, 289 Main Ave., Napoleon, ND 58561 |
| 23144035 | | JF&F X3, LLC, 289 Main Ave., Napoleon, ND 58561 |
| 23144036 | | JF&F X4, LLC, 289 Main Ave., Napoleon, ND 58561 |
| 23144037 | | JF&F, LLC, 289 Main Ave., Napoleon, ND 58561 |
| 23144031 | + | Jack Hilliard Distributing Company, Inc., 217 N. 12th St., Temple, TX 76501-4358 |
| 23144032 | + | Jeremy Jangula, 6125 Carefree Circle, Bismarck, ND 58503-5439 |
| 23144038 | + | John Lenore Distributing Company, Inc., 1250 Delevan Dr., San Diego, CA 92102-2437 |
| 23144040 | + | Joshua Mitzel Irrevocable Trust, 4234 Twin Peak Ln, Rapid City, SD 57702-5243 |
| 23144044 | + | Judd Moritz, 14148 Augusta Dr., Broomfield, CO 80023-4009 |
| 23144045 | + | KBT Investments, Attn: Troy Jangula, PO Box 64, Napoleon, ND 58561-0064 |
| 23144046 | + | KeHE Distributors, LLC, 5415 E. High Street 400, Phoenix, AZ 85054-5474 |
| 23144048 | + | Kinneberg Management Group, 800 Nicollet Mall 2520, Minneapolis, MN 55402-2034 |
| 23144049 | + | Kris Kienzle, 5102 NE 127th Way, Vancouver, WA 98686-2677 |
| 23144050 | | Kroger Supplier Engagement Group, 100 W. 5th St., Cincinnati, OH 45202-2704 |
| 23346791 | + | Law Office of Alexandra White PC, 12625 East Euclid Drive, Centennial, CO 80111-6437 |
| 23144053 | + | Law Office of Alexandra White, P.C., Alexandra White, 12625 E. Euclid Dr., Englewood, CO 80111-6437 |
| 23144054 | + | Lisa Oren, 2015 Drexel Dr., Houston, TX 77027-3902 |
| 23144055 | + | Louis Bansbach, 650 S. Cherry St 1005, Denver, CO 80246-1812 |
| 23144056 | + | Louis P. Bansbach IV, 650 S. CHerry St. 1005, Denver, CO 80246-1812 |
| 23144059 | + | M Star LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23144060 | + | MainFreight, Inc., 1400 Glenn Curtiss St., Carson, CA 90746-4030 |
| 23144061 | + | MasterPrint Shop, 2328 Heather Valley Dr., Las Vegas, NV 89134-6098 |
| 23144062 | + | Mavstar LLC, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23144066 | + | Michelle Wyman, 13 Paramount PKwy, Denver, CO 80215-6615 |
| 23144070 | + | Mohela/Servicing, 633 Spirit of Saint Louis, Chesterfield, MO 63005-1006 |
| 23144071 | + | Monique Wehrle, 1085 S. Columbine, Denver, CO 80209-4728 |
| 23144073 | + | Montero Venture Partners LLC, attn: Ryan Fuessel, 4701 S. Downing St., Englewood, CO 80113-5917 |

District/off: 0539-4                          User: admin                                    Page 3 of 8
Date Rcvd: May 07, 2026                       Form ID: 318                                    Total Noticed: 233

23144079   + NT Logiistics, 7460 Warren Parkway 301, Frisco, TX 75034-4115
23144076     New Hope Natural Media, 24654 Network Place, Chicago, IL 60673-1246
23144077   + New Threads, LLC, d/b/a Curio, 417 S. Associated Road 161, Brea, CA 92821-5802
23144080     P&B Capital Group, LLC, 445 Center Road, Buffalo, NY 14224
23144087   + PGA Magazine, 868 W. Street Road 343, Warminster, PA 18974-3125
23144081   + Paint It Black, LLC, 5435 E. 6th Ave. Pkwy, Denver, CO 80220-5211
23144082   + Parking Revenue Recovery Services, Inc., PO Box 440350, Aurora, CO 80044-0350
23144083   + Partner Co., 13894 S. Bangerter Pkwy 200, Draper, UT 84020-5320
23144084     Partners in Women's Health, 4500 E. 9th Ave 700, Denver, CO 80220-3926
23144088   + PicRights International, Inc., c/o Higbee & Associates, 3100 W. Cheyenne Ave Ste 200, North Las Vegas, NV 89032-2252
23144090     Progressive-Artisan & Truckers Casualty Co., Progressive, Dept 0561, Carol Stream, IL 60132-0561
23144091   + PureCircle, Inc., Ingredion, 10 Finderne Ave., Bridgewater, NJ 08807-3365
23144104   + RSM Family Limited Partnership, 2075 S 5th Ave. , PO Box F, Bowdle, SD 57428-0396
23144093   + Randy Blaskowski, 8045 27th Street Southeast, Jamestown, ND 58401-9212
23144094   + Rauch-Milliken International, Inc., 4400 Trenton St., Metairie, LA 70006-6550
23144095   + Rausch Sturn LLP, 5500 S. Quebec St 260, Englewood, CO 80111-1982
23144096   + Reilly Intellectual Property Law, 3900 E. Mexico Ave. 300, Denver, CO 80210-3945
23144099   + Richard & Susan Mitzel Joint Revocable Trust, 2075 S 5th Ave. , PO Box F, Bowdle, SD 57428-0396
23144100   + Richard Mitzel, 2075 S 5th Ave. , PO Box F, Bowdle, SD 57428-0396
23144102   + Ronald J. Kozar, 40 North Main Street 2830, Dayton, OH 45423-1011
23144103   + Rose Surgical Center, 4700 E. Hale Parkway 200, Denver, CO 80220-4051
23144105   + Ryan & Jacobs, The Jacobs Companies, LLC, 5465 Legacy Dr. 650, Plano, TX 75024-4171
23144114     SFF LLC, Wayne Scherr, 651 2nd St SE, Wagner, SD 57380-9554
23144118     SLC Group Holdings, LLC, 15 N Southwood Dr, Nashua, NH 03063-1817
23144125     SPS Commerce Inc., PO Box 205782, Dallas, TX 75320-5782
23144134   + SVC/Senn ViscianoCanges, P.C., 1700 Lincoln Street 2100, Denver, CO 80203-4521
23144111   + Scott Malcom Hong, 16118 11th St NE, Buxton, ND 58218-9214
23144112   + Sensient Colors, LLC, 2515 N. Jefferson Ave., Saint Louis, MO 63106-1939
23144115   + Shawn Reed Moulton, 1810 Chestnut Ave., Erie, CO 80516-8038
23144116   + ShipNetwork, 880 Wigwam Parkway 120, Henderson, NV 89014-6774
23144117   + Signature Marketing, Inc., 12024 S. Aero Dr. 10, Plainfield, IL 60585-8796
23144120   + Solar Rain Bottled Water Company, Inc., 29219 Juba Rd., Valley Center, CA 92082-6653
23144121   + Southern Glazer's Wine & Spirits, LLC, 1600 N.W. 163rd Street, Miami, FL 33169-5641
23144122   + Spartan Race, Inc., 234 Congress St 5th Floor, Boston, MA 02110-2470
23144124   + Sprouts Farmers Market, 5455 E. HIgh St 111, Phoenix, AZ 85054-5464
23144126   + Steve Fike, 3989 6th St. NE, Bowdon, ND 58418-9105
23144127   + Stone Saunders & Associates, PO Box 461717, Aurora, CO 80046-1717
23144128   + Stone Saunders & Associates, 1391 W. 5th Ave 226, Columbus, OH 43212-2902
23144129   + Summit Beverage Group, LLC, 211 Washington Ave., Marion, VA 24354-2364
23144132   + Surgone PC, PO Box 300369, Denver, CO 80203-0369
23144133   + Suzanne B. Schimmel, PH.D., 8158 E. 5th Ave 270, Denver, CO 80230-6446
23144136   + Terborg Distributing, Inc., 8946 N 700 W, PO Box 307, Demotte, IN 46310-0307
23144138     The Hartford, Lockbox 0234, PO Box 7247, Philadelphia, PA 19170-0234
23144142     The Touch Agency, 105 S. Canyonwood Dr. Ste B, Dripping Springs, TX 78620-4545
23144143   + Todd Jangula, PO Box 222, Napoleon, ND 58561-0222
23144144   + Total Transportation Services, d/b/a Warehouse Las Vegas, 4050 West Sunset Road Ste B, Las Vegas, NV 89118-6801
23144146   + Touchstone Merchandise Group, 202 W. Main St Ste B, Mason, OH 45040-1882
23144145   + Touchstone Merchandise Group, 7200 Industrial Row Dr., Mason, OH 45040-1386
23144147   + Touchstone Merchandise Group, 110 Mercantile Dr. Ste B, Fairfield, OH 45014-3699
23144151   + Trax Retail, Inc., 1 Beacon Street, Boston, MA 02108-3116
23144152     Troy Jangula, 289 Main Ave., Napoleon, ND 58561
23144153   + Tyler Holt, 7399 S. Tucson Way Unit C3, Englewood, CO 80112-3988
23144154   + Tyler Westerman, 5906 Sunny Crest Dr., Timnath, CO 80547-5901
23144155     UNFI, PO Box 958844, Saint Louis, MO 63195-8844
23144162     US BK CACS, CB Disputes, PO Box, Saint Louis, MO 63166
23144165   + Verde Partners, Inc., Attn: Joseph Quercio, 84845 Avenue 48, Ste 1, Coachella, CA 92236-1224
23144166   + Vericore, 10115 Kincey Ave 100, Huntersville, NC 28078-6482
23144170   + Whole Brain Consulting, Inc., 230 W Superior St #1,, Chicago, IL 60654-3595
23144172   + Zimmerman Law, PO Box 50, Napoleon, ND 58561-0050

TOTAL: 164

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0539-4 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 233 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QMDGARNER.COM | May 08 2026 02:16:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + EDI: PHINAMERI.COM | May 08 2026 02:16:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 23254020 | EDI: PHINAMERI.COM | May 08 2026 02:16:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 23143925 | + Email/Text: scottallely@allegiantcollects.com | May 07 2026 22:36:00 | Alpine Credit, Inc, t/n/f Allegiant Receivables Solutions, 12191 W. 64th Ave 210, Arvada, CO 80004-4030 |
| 23143926 | ^ MEBN | May 07 2026 22:30:25 | Altus Receivables Management, 2121 Airline Dr. 520, Metairie, LA 70001-5987 |
| 23143930 | ^ MEBN | May 07 2026 22:31:40 | AmeriPath, Colorado Pathology Consultants, PO Box 740975, Cincinnati, OH 45274-0975 |
| 23143927 | + Email/PDF: bncnotices@becket-lee.com | May 07 2026 22:38:08 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 23143934 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 07 2026 22:36:00 | Apple Card/Goldman Sachs Bank, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 23143936 | ^ MEBN | May 07 2026 22:32:06 | Asset Recovery Solution LLC, 5250 Old Orchard Road 200, Skokie, IL 60077-4461 |
| 23143937 | + EDI: BANKAMER | May 08 2026 02:16:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23143948 | Email/Text: Bankruptcies@chrobinson.com | May 07 2026 22:35:00 | C.H. Robinson, PO Box 9121, Minneapolis, MN 55480-9121 |
| 23143953 | Email/Text: electronicbankruptcy@ctrma.org | May 07 2026 22:36:00 | Central TX Mobility Authority, RMA Toll Processing, PO Box 734182, Dallas, TX 75373-4182 |
| 23143968 | Email/Text: correspondence@credit-control.com | May 07 2026 22:36:00 | Credit Control, LLC, 3300 Rider Trail S. 500, Earth City, MO 63045 |
| 23143967 | Email/Text: correspondence@credit-control.com | May 07 2026 22:36:00 | Credit Control, LLC, PO Box 51790, Livonia, MI 48151-5790 |
| 23143950 | + EDI: CAPITALONE.COM | May 08 2026 02:16:00 | Capital One Bank Usa, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 23143952 | + Email/Text: bankruptcy@celticbank.com | May 07 2026 22:37:00 | Celtic Bank Corp, 268 State St Ste 300, Salt Lake City, UT 84111-5314 |
| 23143960 | EDI: CITICORP | May 08 2026 02:16:00 | Citicards/ CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 23143965 | + EDI: CCS.COM | May 08 2026 02:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 23143973 | + Email/Text: jlr@parkingattorney.com | May 07 2026 22:36:00 | Danielle B. Kelley, 6025 S. Quebec St. 355, Englewood, CO 80111-4596 |
| 23143980 | + EDI: DISCOVER | May 08 2026 02:16:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23143984 | Email/Text: courtprocessingmanagement@e-470.com | May 07 2026 22:35:00 | E-470 Public Highway Authority, PO Box 5470, Denver, CO 80217-5470 |
| 23143992 | ^ MEBN | May 07 2026 22:32:05 | FEDEX, U.S. Collection Dept., PO Box 94515, Palatine, IL 60094-4515 |
| 23143996 | Email/Text: rmurphy1@firstinsurancefunding.com | May 07 2026 22:36:00 | First Insurance Funding, 450 Skokie Blvd. 1000, |

District/off: 0539-4 | User: admin | Page 5 of 8
Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 233

| | | | |
|---|---|---|---|
| | | | Northbrook, IL 60062-7917 |
| 23144004 | | Email/Text: bankruptcy@frost-arnett.com | |
| | | May 07 2026 22:35:00 | Frost - Arnett Company, The Collection Company, P. O. Box 198988, Nashville, TN 37219-8988 |
| 23143991 | + | Email/Text: cora.bernloehr@live.com | |
| | | May 07 2026 22:37:00 | Famous Romona Water, Inc., 250 Aqua Lane, Ramona, CA 92065-2024 |
| 23144009 | + | EDI: PHINAMERI.COM | |
| | | May 08 2026 02:16:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 23144016 | | Email/Text: reports@halstedfinancial.com | |
| | | May 07 2026 22:35:00 | Halsted Financial Services, P. O. Box 828, Skokie, IL 60076 |
| 23144028 | + | EDI: IRS.COM | |
| | | May 08 2026 02:16:00 | Internal Revenue Service, 1100 Commerce St., Mail Code 5020-DAL, Dallas, TX 75242-1100 |
| 23144043 | + | EDI: JPMORGANCHASE | |
| | | May 08 2026 02:16:00 | JPMorgan Chase Bank, Legal Dept., 700 Kansas Lane Mail Code LA4-7200, Monroe, LA 71203-4774 |
| 23144041 | + | EDI: JPMORGANCHASE | |
| | | May 08 2026 02:16:00 | Jpmcb Card Services, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 23144051 | | Email/Text: govtaudits@labcorp.com | |
| | | May 07 2026 22:36:00 | Labcorp, PO Box 2240, Burlington, NC 27251-2240 |
| 23144052 | | Email/Text: govtaudits@labcorp.com | |
| | | May 07 2026 22:36:00 | Lapcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 23144057 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 22:38:00 | LVNV Funding LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 23144063 | | Email/Text: bknotices@mbandw.com | |
| | | May 07 2026 22:36:00 | McCarthy, Burgess & Wolfe, The MB&W Building, 26000 Cannon Road, Bedford, OH 44146 |
| 23144069 | | Email/Text: info@creditorsrights.com | |
| | | May 07 2026 22:36:00 | Miller Cohen Peterson Young, P.C., PO Box 1259/344 Main St., Longmont, CO 80502-1259 |
| 23144074 | | Email/Text: e-service@mosslawfirmpc.com | |
| | | May 07 2026 22:36:00 | Moss Law Firm, PO Box 65020, Lubbock, TX 79464 |
| 23144064 | | EDI: PARALONMEDCREDT | |
| | | May 08 2026 02:16:00 | Medicredit, PO Box 505600, St. Louis, MO 63150-5600 |
| 23144067 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 07 2026 22:36:00 | Midland Credit Managem, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 23144068 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 07 2026 22:36:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 23144078 | ^ | MEBN | |
| | | May 07 2026 22:30:10 | Northstar Locations Services, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 23144085 | | Email/Text: bankruptcies@penncredit.com | |
| | | May 07 2026 22:36:00 | Penn Credit Corporation, 2800 Commerce Dr., Harrisburg, PA 17110 |
| 23144086 | + | Email/Text: ebnnotices@fidem-financial.com | |
| | | May 07 2026 22:36:00 | PFCP/FBT/FA2/CWS, PO Box 9208, Old Bethpage, NY 11804-9208 |
| 23144089 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 22:37:52 | Premier Finance Card HSBC, c/o LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 23144092 | + | EDI: CCS.COM | |
| | | May 08 2026 02:16:00 | Quest Diagnostics Inc., Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 23144095 | ^ | MEBN | |
| | | May 07 2026 22:30:45 | Rausch Sturn LLP, 5500 S. Quebec St 260, Englewood, CO 80111-1982 |
| 23144097 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 22:37:52 | Resurgent Acquisitions LLC, c/o Resurgent Capital Service, LP, PO Box 10525, Greenville, SC 29603-0525 |
| 23144098 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 07 2026 22:37:53 | Resurgent Capital Services, LP, PO Box 10497, |

District/off: 0539-4                       User: admin                                    Page 6 of 8

Date Rcvd: May 07, 2026                    Form ID: 318                                    Total Noticed: 233

| | | | |
|---|---|---|---|
| | | | Greenville, SC 29603-0497 |
| 23144119 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 07 2026 22:37:59 | SOFI Bank N.A., 2750 East Cottonwood Parkway 300, Salt Lake City, UT 84121-7285 |
| 23144130 | | Email/Text: Bankruptcy@SunflowerBank.com | May 07 2026 22:35:00 | Sunflower Bank, PO Box 800, Salina, KS 67401 |
| 23144106 | + | Email/Text: baddebt@salesforce.com | May 07 2026 22:36:00 | Salesforce, Inc., Salesforce Tower, 415 MIssion Street 3rd floor, San Francisco, CA 94105-2504 |
| 23144107 | + | EDI: SALLIEMAEBANK.COM | May 08 2026 02:16:00 | Sallie Mae Bank Inc, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 23144109 | + | Email/Text: courts@scott-pc.com | May 07 2026 22:37:00 | Scott & Associates, PO Box 115220, Carrollton, TX 75011-5220 |
| 23144131 | | Email/Text: bankruptcy@sunrisecreditservices.com | May 07 2026 22:36:00 | Sunrise Credit Services, Inc., PO Box 9004, Melville, NY 11747-9004 |
| 23144139 | | Email/Text: wrogers@kgaction.com | May 07 2026 22:36:00 | The Kaplan Group, Inc, 154 Addie Street, Pismo Beach, CA 93449 |
| 23144135 | + | Email/Text: ClericalSupport@tenagliahunt.com | May 07 2026 22:36:00 | Tenaglia & Hunt, 395 W. Passaic St., Ste 205, Rochelle Park, NJ 07662-3016 |
| 23144137 | ^ | MEBN | May 07 2026 22:30:28 | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 23144140 | + | Email/Text: litigation@brownandjoseph.com | May 07 2026 22:36:00 | The Leviton Law Firm, LTD, One Pierce Place 725 W, Itasca, IL 60143-1234 |
| 23144141 | ^ | MEBN | May 07 2026 22:32:01 | The Receivables Management Services, LLC, PO Box 5000, Fogelsville, PA 18051-5000 |
| 23144148 | + | Email/Text: bankruptcydepartment@tsico.com | May 07 2026 22:37:00 | Transworld Systems, 500 Virginia Dr., Ste 514, Fort Washington, PA 19034-2733 |
| 23144149 | + | Email/Text: bankruptcydepartment@tsico.com | May 07 2026 22:37:00 | Transworld Systems, Inc., 500 Virginia Dr. 514, Ft. Washington, PA 19034-2733 |
| 23144160 | | EDI: USBANKARS.COM | May 08 2026 02:16:00 | US Bank, PO Box 5229, Cincinnati, OH 45201-5229 |
| 23144161 | | EDI: USBANKARS.COM | May 08 2026 02:16:00 | US Bank, N.A., PO BOX 108, SAINT LOUIS, MO 63166 |
| 23144163 | | Email/Text: bkelectronicnotices@usaa.com | May 07 2026 22:35:00 | USAA Federal Savings, PO Box 47504, San Antonio, TX 78265 |
| 23144156 | + | Email/Text: BAN5620@UCBINC.COM | May 07 2026 22:35:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 23144157 | + | Email/Text: BAN5620@UCBINC.COM | May 07 2026 22:35:00 | United Collections Bureau, 5620 Southwyck Blvd., Ste. 206, Toledo, OH 43614-1501 |
| 23144159 | | Email/Text: ustpregion06.da.ecf@usdoj.gov | May 07 2026 22:36:00 | United States Trustee, 1100 Commerce St., Mail Code 5020-DAL, Dallas, TX 75242-0996 |
| 23144164 | | Email/Text: bkelectronicnotices@usaa.com | May 07 2026 22:35:00 | Usaa Federal Savings B, PO BOX 47504, SAN ANTONIO, TX 78265 |
| 23144169 | | EDI: G2RSVOLKSWGN | May 08 2026 02:16:00 | Volkswagen Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 23144167 | | EDI: VERIZONCOMB.COM | May 08 2026 02:16:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 23144168 | + | Email/Text: ar@vtinfo.com | May 07 2026 22:35:00 | Vermont Information Processing, Inc., 402 Water Tower Circle, Colchester, VT 05446-1908 |
| 23144173 | + | Email/Text: bkfilings@zwickerpc.com | May 07 2026 22:37:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 71

District/off: 0539-4                                     User: admin                                          Page 7 of 8

Date Rcvd: May 07, 2026                                 Form ID: 318                                        Total Noticed: 233

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23143979 | | DEFY, LLC |
| 23143928 | *+ | American Express, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 23143939 | *+ | Bank of America, PO BOX 982238, EL PASO, TX 79998-2238 |
| 23143938 | * | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 23143942 | *+ | Beau McMillan Wehrle, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23143966 | *+ | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 23144027 | * | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 23144026 | *+ | Internal Revenue Service, 1100 Commerce Street Stop MC5026DAL, Dallas, TX 75242-1100 |
| 23144042 | *+ | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23144058 | *+ | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 23144065 | *+ | Megan Bushell Wehrle, 6255 W. Northwest Hwy 814, Dallas, TX 75225-3594 |
| 23144158 | * | United Collections Bureau, Inc, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 23143945 | ##+ | BlueVine Inc., 30 Montgomery Street 1400, Jersey City, NJ 07302-3857 |
| 23143987 | ##+ | Edc/Mod Properties, 5290 E YALE CIR STE 204, DENVER, CO 80222-6933 |
| 23143995 | ##+ | Field Family Revocable Living Trust, John Field, 5679 W. Prairiewood Dr., Grand Forks, ND 58201-3225 |
| 23144015 | ##+ | GSP Marketing Technologies, Inc., 5400 140th Ave North, Clearwater, FL 33760-3763 |
| 23144039 | ##+ | Josh & Makayla Mitzel, 12995 326th Ave., Bowdle, SD 57428-5009 |
| 23144047 | ##+ | Kevin DiSano, 2169 Coral Lane, Glenview, IL 60026-7001 |
| 23144072 | ##+ | Monkedia, 350 E. Royal Lane 150, Irving, TX 75039-4685 |
| 23144075 | ##+ | New Age Beverages Corporation, 1401 Montegut Street, New Orleans, LA 70117-7119 |
| 23144101 | ##+ | Robin & Jolene Dewitz, 2961 37th St. SE, Steele, ND 58482-9559 |
| 23144123 | ##+ | SPINS, LLC, 222 W. Hubbard Street 300, Chicago, IL 60654-6896 |
| 23144108 | ##+ | Sandra H. Racz Rev. Trust, 10681 E. Sundance Trail, Scottsdale, AZ 85262-3191 |
| 23144110 | ##+ | Scott Field, 2864 40th Ave. S, Grand Forks, ND 58201-3567 |
| 23144113 | ##+ | Seth Frankenthal, 1186 Saratoga Ave., Steamboat Springs, CO 80487-4923 |
| 23144150 | ##+ | Trax Retail Inc., Survey.com, 22 W. 19th St. 9th Fl, New York, NY 10011-4204 |
| 23144171 | ##+ | William Taylor Erickson, 11220 Sweet Cicely Dr., Parker, CO 80134-4071 |

TOTAL: 1 Undeliverable, 11 Duplicate, 15 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carla Reed Vida | on behalf of Debtor Megan Bushell Wehrle filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Carla Reed Vida | on behalf of Joint Debtor Beau McMillan Wehrle filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Marilyn Garner | |

District/off: 0539-4                    User: admin                                    Page 8 of 8
Date Rcvd: May 07, 2026                 Form ID: 318                         Total Noticed: 233

mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Megan Bushell Wehrle |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | Beau McMillan Wehrle |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–0429
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–3014
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Northern District of Texas

Case number:   26–40397–mxm7

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Megan Bushell Wehrle
aka Megan E. Bushell, aka Megan E. Bennett,
aka Megan Wehrle

Beau McMillan Wehrle
aka Beau M Wehrle, aka Beau Wehrle

5/6/26

**By the court:**  Mark X. Mullin
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2