BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Megan Bushell Wehrle                            §    Case No.:  26–40397–mxm7
Beau McMillan Wehrle                            §    Chapter No.:  7
                              Debtor(s)         §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  5/28/26                       FOR THE COURT:
                                      Stephen J Manz, Clerk of Court

                                      by: /s/Jennifer Speer, Deputy Clerk